**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry P Wheeler a/k/a Larry P. Wheeler Jr.　　　　　　　　　　CHAPTER 7

　　　Nicole Wheeler　　　　　　　　　　　　　　　　　　BKY. NO. 22-21366 CMB
　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**/s/ Brian C. Nicholas**

　　　　　　　　　　　　　　**Brian C. Nicholas, Esq. (317240)   X**
　　　　　　　　　　　　　　Denise Carlon, Esq. (317226)
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　bkgroup@kmllawgroup.com