**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Nicole Wheeler<br>Larry P Wheeler a/k/a Larry P. Wheeler Jr.<br>　　　　　　　　　**Debtor(s)**<br><br>**MIDFIRST BANK**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>**Nicole Wheeler**<br>**Larry P Wheeler a/k/a Larry P. Wheeler Jr.**<br>　　　　　　　　　**Debtor(s)**<br><br>**Charles O. Zebley, Jr. Esq.**,<br>　　　　　　　　　**Trustee** | **BK NO. 22-21366 CMB**<br><br>**Chapter 7**<br><br>**Related to Document No. 33, 37** |

**CERTIFICATE OF SERVICE
DEFAULT ORDER ON MOTION FOR RELIEF FROM STAY**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 12, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Nicole Wheeler
925 Mount Jackson Road
New Castle, PA 16102

Larry P Wheeler a/k/a Larry P. Wheeler Jr.
925 Mount Jackson Road
New Castle, PA 16102

Attorney for Debtor(s)
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Trustee
Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401

Method of Service:  electronic means or first class mail

Dated: December 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nicole Wheeler<br>Larry P Wheeler a/k/a Larry P. Wheeler Jr.<br>Debtor(s) | |
| MidFirst Bank,<br>its successors and/or assigns<br>Movant<br>v.<br>Nicole Wheeler<br>Larry P Wheeler a/k/a Larry P. Wheeler Jr.<br>Respondent(s)<br>and<br>Charles O. Zebley, Jr. Esq., Trustee<br>Additional Respondent | BK. NO. 22-21366 CMB<br><br>CHAPTER 7<br><br>Related to:  Document No. 33<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 7th day of December, 2022, at Pittsburgh, upon Motion of MidFirst Bank, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 925 Mount Jackson Road, New Castle, PA 16102 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
12/7/22 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# Notice Recipients

District/Off: 0315–2    User: auto    Date Created: 12/7/2022
Case: 22–21366–CMB    Form ID: pdf900    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Larry P Wheeler  925 Mt. Jackson Road  New Castle, PA 16102
jdb  Nicole Wheeler  925 Mt. Jackson Road  New Castle, PA 16102

TOTAL: 2